**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Springleaf Financial Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo Robledo, an individual, | Case No.: 15-cv-0753 W-BGS |
| Plaintiff, | **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |
| v. | Hon. Thomas J. Whelan |
| Springleaf Financial Services, Inc., a corporation, | |
| Defendants. | |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Arturo Robledo and

2  Defendant Springleaf Financial Services, Inc., by and through their counsel of record,

3  hereby jointly move to dismiss this action with prejudice, with each party to bear

4  his/its own costs and attorney's fees.

5
6  DATED:  July __, 2015

7                                              YU MOHANDESI LLP

8                                              By___/s/ Jordan S. Yu_____

9                                                   Jordan Yu
                                                    Attorneys for Defendant
10                                                  Springleaf Financial Services, Inc.

11 DATED:  July __, 2015

12                                             LAW OFFICES OF ROBERTO ROBLEDO

13                                             By___/s/ Roberto Robledo_____

14                                                  Roberto Robledo
                                                    Attorneys for Plaintiff
15                                                  Arturo Robledo

16     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

17 and Procedures of the United States District Court for the Southern District of

18 California, I certify that the content of this document is acceptable to counsel for the

19 Plaintiff and that I have obtained authorization from Plaintiff' counsel to affix his

20 electronic signature to this document.

21
22
23
24
25
26
27
28

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2015, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED:  July 20, 2015.

YU MOHANDESI LLP

By___/s/ Jordan S. Yu_____
      Jordan Yu
      Attorneys for Defendant
      Springleaf Financial Services, Inc.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071